```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

JERRY SERGENT,
                                              RULE 7.1 DISCLOSURE

                Plaintiff(s),

         -against-                            08 Civ 5906
                                                 (Berman, J)
PROFESSIONAL RECOVERY SERVICES, INC.,

                Defendant(s).

------------------------------------------x
```

Defendant, PROFESSIONAL RECOVERY SERVICES, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: August 11, 2008

_____
MEL S. HARRIS AND ASSOCIATES LLC
By:  Arthur Sanders (as1210)
Attorneys for defendant
5 Hanover Square, 8th Floor
New York, NY  10004
212-660-1050