**AMIR J. GOLDSTEIN, ESQ.**
ATTORNEY AT LAW
591 BROADWAY, SUITE 3A
NEW YORK, N.Y. 10012
TEL.: (212) 966-5253   FAX: (212) 941-8566
*ajg@consumercounselgroup.com*



*Via First Class Mail*
The Honorable Judge
Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

August 14, 2008

# MEMO ENDORSED

RE: *Sergent v. Professional Recovery Service, et al., SDNY 08 CV 5906*

Dear Honorable Judge Berman:

I am plaintiff's counsel in the matter above referenced and am writing in regards to the initial conference currently scheduled for August 20, 2008 at 9:15am.

As the docket sheet may reflect, an Answer to the Complaint was filed 3 days ago and as such scheduling became uncertain, and I am currently out of State, and will not be in New York for the Conference on August 20, 2008.

Today, I spoke with Arthur Sanders, Esq., who has recently appeared as counsel for Defendant on this matter and began discussing scheduling on the case. Mr. Sanders has consented to the Adjournment of the Conference to September 11, 2008, a date where Plaintiff's counsel will be present before this Court on another matter as well (08 CV 6963) at 9:30am. Alternatively, if it pleases the Court, I will avail myself for the August 20, 2008 conference via telephone.

There have been no previous requests for the relief requested herein. The Court's consideration with this matter is greatly appreciated.

Conference adjourned to 9/11/08 at 10:30 a.m.

SO ORDERED:
Date: 8/18/08
Richard M. Berman, U.S.D.J.

Very truly yours,

Amir J. Goldstein

AJG/cbc
CC: Arthur Sanders, ESQ. Via Electronic Mail, asanders@melharrislaw.com
    Attorney for Defendant